**SOLARIA CORPORATION, Solaria India Private Limited, Plaintiffs-Appellants**

v.

**UNITED STATES, Defendant-Appellee**

**2016-1323**

United States Court of Appeals, Federal Circuit.

December 13, 2016

DONALD C. HOLMES, JR., Donald C. Holmes and Associates, P.A., Greensboro, MD, argued for plaintiffs-appellants. Also represented by MICHAEL JOSEPH TREVELLINE, Law Office of Michael Trevelline, Washington, DC.

DAVID ALAN LEVITT, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

(Prost, Chief Judge, Lourie and Moore, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**